IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen M. Winn, an Arizona taxpayer, et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>J. Elliot Hibbs, in his official capacity as Director of the Arizona Department of Revenue, et al.,<br><br>   Defendants. | No. CIV 00-0287-PHX-EHC<br><br>**ORDER** |

  Intervenor-Defendant Arizona Christian School Tuition Organization ("ACSTO") filed a Motion to Intervene on August 24, 2004 [Dk. 64]. The Motion was unopposed.

  ACSTO lodged a Motion to Dismiss on September 30, 2004. Plaintiffs lodged a Response on October 29, 2004. ACSTO lodged a Reply on November 15, 2004.

  On March 25, 2005, the Court granted ACSTO's Motion to Intervene, granted Defendant Arizona School Choice Trust's Motion to Dismiss, and denied as moot ACSTO's Motion to Dismiss [Dk. 79]. ACSTO's Motion to Dismiss and the Response and Reply to this Motion have not been filed. (Dkt. 79).

  Accordingly,

  **IT IS ORDERED** that the Clerk file the following documents *nunc pro tunc* as of March 25, 2005: Intervenor-Defendant Arizona Christian School Tuition Organization's Motion to Dismiss, lodged on September 30, 2004; "Plaintiffs' Response to Motion for

1  Judgment on the Pleadings and Motion to Dismiss," lodged on October 29, 2004; and
2  "ACSTO's Reply to Plaintiffs' Response to Motions for Judgment on the Pleadings and
3  Motions to Dismiss," lodged on November 15, 2004.
4      DATED this 2nd day of August, 2005.

*[signature: Earl H. Carroll]*

Earl H. Carroll
United States District Judge